IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:12cv27

| | |
|---|---|
| EDGAR C. BOWLIN, EDGAR C. BOWLIN, JR., PEGGY O. BOWLIN, MELISSA JADICK, RICHARD H. JADICK, STEPHEN H. LANIER, CHRIS MATTAROLLO, TINA MATTAROLLO, M. ANNE OLKOWSKI, TED OLKOWSKI, NYRIE PALOULIAN, DAROL PREMDAS, ALBERT C. SPAGNUOLO, and SANDRA SPAGNUOLO, <br><br> Plaintiffs, <br><br> vs. <br><br> BRANCH BANKING & TRUST COMPANY, LENORE HENRY, and PAM MURAS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiffs' Motion to Dismiss without Prejudice [Doc. 22].

Defendants Branch Banking & Trust Company and Lenore Henry have responded that they do not oppose the motion. [Doc. 23]. The docket of the case does not reflect that the Defendant Pam Muras was served. The Court finds that the motion should be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Dismiss without Prejudice [Doc. 22] is hereby **GRANTED** and this action is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety.

Signed: August 30, 2012

Martin Reidinger
United States District Judge